UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. AUSTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Defendant. | Case No.  15-cv-00505-JSC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

　　　　Plaintiff Gregory A. Austin, proceeding pro se, filed this action on February 3, 2015. Pursuant to Civil Local Rule 3-12(c), the case is hereby REFERRED to the Honorable Elizabeth D. Laporte to determine whether it is related to *Austin v. State of California*, 15-cv-00504 EDL.

　　　　**IT IS SO ORDERED**.

Dated:  February 9, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge